UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHARON HILL,

         Plaintiff,

    v.

PILOT TRAVEL CENTERS, LLC;
TIM SIMS; and DOES 1 through
50, inclusive,

         Defendants.

_____/

NO. CIV. S-07-1622 LKK/GGH

O R D E R

    A status conference was held in chambers on October 22, 2007. After hearing, the court orders as follows:

    1.    A further status conference is set for January 7, 2008 at 2:30 p.m.

    IT IS SO ORDERED.

    DATED: October 25, 2007.

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT

1