1

2

3

4

5

6

7           UNITED STATES DISTRICT COURT

8        FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  SHARON HILL,

                                    NO. Civ.S-07-1622 LKK/GGH

11          Plaintiff,

12      v.                          **ORDER RE DISPOSAL
                                    DOCUMENTS AFTER**
13  TIM SIMS; PILOT TRAVEL          **NOTIFICATION OF SETTLEMENT**
    CENTERS, LLC; and DOES 1
14  through 50, inclusive,

15          Defendants.
    _____/

16

17      Counsel for plaintiff has filed a Notice of Settlement in the

18  above-captioned case.  The court now orders that the dispositional

19  documents disposing of the case be filed no later than twenty (20)

20  days from the effective date of this order.

21      All hearing dates heretofore set in this matter are hereby

22  **VACATED.**

23      FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

24  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

25  ////

26  ////

                             1

1  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2       IT IS SO ORDERED.

3       DATED:  March 5, 2008.

4

5

6                                    LAWRENCE K. KARLTON
7                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26