David P. Foos, (SBN 83430)
LAW OFFICES OF BOWMAN| FOOS
*A Professional Law Corporation*
2151 River Plaza Drive, Suite 105
Sacramento, CA 95833
Telephone: (916) 923-2800xs
Facsimile: (916) 923-2828

Attorney for Plaintiff,
Sharon Hill

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON HILL, | CASE NO.: 07-CV-01622 LKK GGH |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| TIM SIMS;  PILOT TRAVEL CENTERS, LLC; and DOES 1 through 50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED:  March 4, 2008          BY:  /s/_____
                               David P. Foos
                               Attorney for Plaintiff, Sharon Hill


DATED:  March 10, 2008         BY:  /s/_____
                               Matthew E. Farmer
                               Attorney for Defendants

---

-1-
Stipulation of Dismissal
Hill vs. Pilot, Case No. 07-CV-01622 LKK GGH

1  IT IS SO ORDERED:

2

3

4  DATED:  March 12, 2008.

5

6

7  LAWRENCE K. KARLTON
SENIOR JUDGE
8  UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28